APPEAL No. 77-407. SAMUEL BROWN *v.* HOPE SERVICE STATION, INC. *et al.* The respondents' motion for a stay is granted. *Bernard W. Boyer,* for petitioner. *Higgins & Slattery, John A. Baglini,* for respondents.

December 22, 1977.

M. P. No. 77-275. ZACHARY S. SPRATT *v.* BRADFORD SOUTHWORTH, *Warden.* The petitioner's motion for bail pending appeal is denied. This case is assigned to the calendar for February, 1978 for oral argument on the merits.

The parties may file supplemental briefs if they deem them necesary. The attention of the parties is directed to the case of *In re Martinez,* 83 Cal. Rptr. 382, 463 P.2d 734 (1970). *Stone & Clifton, Walter R. Stone,* for petitioner. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for respondent.

M. P. No. 77-300. BERNARD F. MCSALLY *et al v.* THOMAS C. SCHMIDT. The petition for writ of certiorari is granted and the writ shall issue forthwith.

The respondent's motion to vacate the stay previously granted by this court is denied.

The motion of William E. Walsh et al to intervene in this matter is denied, however, the parties will be allowed to file a brief as amici curiae. *William J. Toohey,* City Solicitor, *Russell Bramley,* Assistant City Solicitor, for petitioners. *William C. Clifton,* for respondent.

M. P. No. 77-330. STATE *v.* STEPHEN WILSON. The petition for writ of certiorari is denied. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for plaintiff-respondent. *Thomas H. Quinn, Jr., Jay J. Curley,* for defendant-petitioner.